# Court of Appeals
# of the State of Georgia

ATLANTA,  March 04, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1231. SHAZIA GULNAZ et al. v. CC CLARKSTON, LLC et al.

Shazia Gulnaz and Pervez Barkat ("the plaintiffs") sued CC Clarkston LLC and Alexander Properties Group Inc. ("the defendants") for failure to repair and maintain their apartment, and a jury awarded the plaintiffs $5,000.00 in damages. The defendants then filed a motion seeking $6,237.00 in attorney fees under OCGA § 9-11-68 based on their offer to settle, which the plaintiffs rejected. The trial court granted the motion, awarding the defendants $1,127.00, which represented the attorney fees minus the damages owed to the plaintiffs. The plaintiffs filed this direct appeal. We, however, lack jurisdiction.

Generally, an order awarding attorney fees under OCGA § 9-11-68 may be appealed directly. See, e.g., *Anglin v. Smith*, 358 Ga. App. 38 (853 SE2d 142) (2020). But, under OCGA § 5-6-35 (a) (6), appeals in actions for damages in which the judgment is $10,000 or less — including awards of attorney fees under OCGA § 9-11-68 — must be initiated by filing an application for discretionary appeal. See *Anderson v. Laureano*, 342 Ga. App. 888, 888 (805 SE2d 636) (2017). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Because the trial court's award of $1,127.00 does not meet the damages threshold, we lack jurisdiction over this appeal, which is hereby DISMISSED. See *Anderson*, 342 Ga. App. at 889.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/04/2025*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*